Argued and submitted May 30, reversed
and remanded for trial August 18, 1980

STATE OF OREGON,
*Appellant,*

*v.*

WILLIAM CLETUS SLAVEN,
*Respondent.*

(No. DA 177721-7909 CA 16683)

615 P2d 401

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for for appellant. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Laura Graser, Portland, argued the cause for respondent. With her on the brief was Stoll & Stoll, P.C., Portland.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

The state appeals a pretrial order granting defendant's demurrer and dismissing the complaint charging defendant with harassment, ORS 166.065(1)(a). The demurrer was allowed on the ground that the statute underlying the charge is unconstitutionally vague. We have repeatedly held that ORS 166.065(1)(a) is constitutional. *See State v. Sallinger,* 11 Or App 592, 504 P2d 1383 (1972); *State v. Keller,* 45 Or App 341, 608 P2d 215 (1980).

Reversed and remanded for trial.